604

393 A.2d 1278

Commonwealth v. Johnson, Appellant.

Argued April 18, 1978. P. McFalls, with him Lester G. Nauhaus, Assistant Public Defender, for appellant; C. Mitchell, Assistant District Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, J., dissented.

393 A.2d 1279

Commonwealth v. Jones, Appellant.

Argued April 14, 1978. Simon B. John, Assistant Public Defender, for appellant; Gerald R. Solomon, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.